# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,

    Plaintiffs

v.

ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,

    Defendants.

Civil Action No. _____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):    **ROBERT R. ROCHE**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

```
DAVID E. SPALTEN
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1360 PEACHTREE STREET, SUITE 1150
ATLANTA, GA 30309
T:  404-260-6080
```

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___4th___ day of ___February___, 20 _09_

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By _____
    Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

6009-082-685

A1

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,

    Plaintiffs

v.

ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,

    Defendants.

Civil Action No. _____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):  **ASHFORD S. MCALLISTER**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

```
            DAVID E. SPALTEN
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
   1360 PEACHTREE STREET, SUITE 1150
            ATLANTA, GA 30309
            T:  404-260-6080
```

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __4th__ day of __February__, 20 __09__

                                Honorable Cathelene "Tina" Robinson
                                Clerk of Superior Court

                       By _____
                                           Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

                                          Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,<br><br>**Plaintiffs**<br><br>v.<br><br>ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,<br><br>**Defendants.** | Civil Action No. _____ |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):    **FRANK A. FERRARO**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

```
              DAVID E. SPALTEN
    KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
       1360 PEACHTREE STREET, SUITE 1150
              ATLANTA, GA 30309
              T:  404-260-6080
```

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __4th__ day of __February__, 20 __09__

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By __[signature]__
Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JAMES ZIMMERMAN, MARV PINZON,
and WILLIAM G. VAZQUEZ,

    Plaintiffs

v.

ROBERT R. ROCHE, ASHFORD S.
MCALLISTER, FRANK A. FERRARO, E.
SCOTT PRETORIUS, QUANTUM MEDICAL
RADIOLOGY, P.C., U.S. TELERADIOLOGY,
L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR
SOLUTIONS, INC., NIGHTHAWK
PHYSICIAN INVESTORS, LLC, and JOHN
DOES 1 through 10,

    Defendants.

Civil Action No. _____

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):     **E. SCOTT PRETORIUS**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

```
              DAVID E. SPALTEN
    KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
       1360 PEACHTREE STREET, SUITE 1150
               ATLANTA, GA 30309
             T:   404-260-6080
```

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This \_\_\_\_4th\_\_\_\_ day of \_\_February\_\_, 20 09

        Honorable Cathelene "Tina" Robinson
        Clerk of Superior Court

By _____
        Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JAMES ZIMMERMAN, MARV PINZON,
and WILLIAM G. VAZQUEZ,

    Plaintiffs

v.                                                                      Civil Action No. 09CV164122

ROBERT R. ROCHE, ASHFORD S.
MCALLISTER, FRANK A. FERRARO, E.
SCOTT PRETORIUS, QUANTUM MEDICAL
RADIOLOGY, P.C., U.S. TELERADIOLOGY,
L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR
SOLUTIONS, INC., NIGHTHAWK
PHYSICIAN INVESTORS, LLC, and JOHN
DOES 1 through 10,

    Defendants.

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):    **QUANTUM MEDICAL RADIOLOGY, P.C.**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs attorney, whose name and address is:

DAVID E. SPALTEN
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1360 PEACHTREE STREET, SUITE 1150
ATLANTA, GA 30309
T: 404-260-6080

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____4th_____ day of __February__, 20 _09_.

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By _____
Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,

**Plaintiffs**

v.

Civil Action No. 09CV164122

ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,

**Defendants.**

### SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):    **U.S. MAMMO, L.L.C.**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

```
              DAVID E. SPALTEN
   KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
       1360 PEACHTREE STREET, SUITE 1150
                ATLANTA, GA 30309
              T:   404-260-6080
```

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___4th___ day of ___February___, 20 ___09___

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By _____
Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,<br><br>    Plaintiffs<br><br>v.<br><br>ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,<br><br>    Defendants. | Civil Action No. 09CV164122 |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):    NEUROSTAR SOLUTIONS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> DAVID E. SPALTEN
> KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
> 1360 PEACHTREE STREET, SUITE 1150
> ATLANTA, GA 30309
> T: 404-260-6080

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _4th_ day of _February_, 20 _09_

By _____
   Honorable Cathelene "Tina" Robinson
   Clerk of Superior Court

   _____
   Deputy Clerk

To Defendant upon whom this petition is served:

This copy of complaint and Summons was served upon you _____ 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.