IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES ZIMMERMAN, et al.

    Plaintiffs,

v.

ROBERT R. ROCHE, et al.

    Defendants.

Civil Action No. 09-CV-0605-AT

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE THAT Defendants Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC will take the following depositions:

| DEPONENT | LOCATION | DATE & TIME |
|---|---|---|
| John Quinn | Spalding Regional Medical Center Administrative Conference Room 601 South 8th Street Griffin, Georgia 30224 | 1/13/12 10:00 a.m. |
| Chris Locke | Spalding Regional Medical Center Administrative Conference Room 601 South 8th Street Griffin, Georgia 30224 | 1/13/12 2:00 p.m. |

True and correct copies of the subpoenas for these depositions are attached hereto as Exhibits "A" and "B."

The depositions are to be upon oral examination for all purposes allowed by law, including cross-examination, discovery, and the preservation of testimony for use at a hearing or trial if and where appropriate; will be taken before a notary public or some other officer duly authorized to administer oaths; and will be preserved by stenographic and/or videographic means.

These depositions are being taken outside the discovery period, by agreement of counsel, solely to accommodate the schedules of these non-party witnesses.

This 5th day of December, 2011.

ARNALL GOLDEN GREGORY LLP

By: /s/ Edward A. Marshall
Henry M. Perlowski
Georgia Bar No. 572393
Edward A. Marshall
Georgia Bar No. 471533

171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363
Telephone: (404)873-8500
Facsimile: (404)873-8501
henry.perlowski@agg.com
edward.marshall@agg.com

4446403v1

*Attorneys for Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF DEPOSITIONS with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of this filing to the following attorneys of record:

David E. Spalten
Paul G. Williams
Daniel A. Cohen
KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP
One Midtown Plaza – Suite 1150
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309

*Attorneys for Plaintiffs*

Arthur D. Brannan
Scott Lange
DLA PIPER LLP (US)
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450

*Attorneys for Defendant Neurostar Solutions, Inc.*

This 5th day of December, 2011.

/s/ Edward A. Marshall
Edward A. Marshall
Georgia Bar No. 471533

4446403v1