## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,** | |
| **Plaintiffs,** | **Civil Action No. 09-CV-0605-AT** |
| **v.** | |
| **ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,** | |
| **Defendants.** | |

_____

**QUANTUM MEDICAL RADIOLOGY, P.C.,**

      **Counterclaim-Plaintiff,**

**v.**

**JAMES ZIMMERMAN, MARV PINZON, WILLIAM G. VAZQUEZ, JOSEPH CHRISTOPHER RUDÉ, III, and GEORGIA IMAGING ASSOCIATES, INC.,**

      **Counterclaim-Defendants.**

_____

## <u>NOTICE OF DEPOSITION OF DEFENDANT E. SCOTT PRETORIUS</u>

PLEASE TAKE NOTICE THAT on Thursday, December 15, 2011, at 10:00 o'clock a.m., Plaintiffs James Zimmerman, Marv Pinzon, William G. Vazquez and Counterclaim Defendants Joe Christopher Rudé, III and Georgia Imaging Associates, Inc. will take the deposition of Defendant E. Scott Pretorius at the offices of ARNALL GOLDEN GREGORY LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363.

The deposition will be upon oral examination for all purposes allowed by law, including cross examination, discovery, and the preservation of testimony for use at a hearing or trial if and where appropriate; will be taken before an officer duly authorized to administer oaths; and will be preserved by stenographic and/or videographic means.

This 8th day of December, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

By: /s/ Paul G. Williams
David E. Spalten
Georgia Bar No. 669010
Paul G. Williams
Georgia Bar No. 764925
Kelly S. Johnson
Georgia Bar No. 394884

One Midtown Plaza - Suite 1150
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
404-260-6080
404-260-6081 (fax)                    *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing NOTICE OF DEPOSITION OF DEFENDANT E. SCOTT PRETORIUS with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of this filing to the following attorneys of record:

| | |
|---|---|
| Henry M. Perlowski<br>Edward A. Marshall<br>ARNALL GOLDEN GREGORY LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, Georgia 30363<br><br>*Attorneys for Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC* | Arthur D. Brannan<br>Scott Lange<br>DLA PIPER LLP (US)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 2800<br>Atlanta, Georgia  30309-3450<br><br>*Attorneys for Defendant Neurostar Solutions, Inc.* |

This 8th day of December, 2011.

/s/ Paul G. Williams
Paul G. Williams
Georgia Bar No. 764925