# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT R. ROCHE, ASHFORD S. McALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10, <br><br> *Defendants.* <br><br> QUANTUM MEDICAL RADIOLOGY, P.C., <br><br> *Counterclaim-Plaintiff* <br><br> v. <br><br> JAMES ZIMMERMAN, MARV PINZON, WILLIAM G. VAZQUEZ, JOSEPH CHRISTOPHER RUDÉ, III, and GEORGIA IMAGING ASSOCIATES, INC., <br><br> *Counterclaim-Defendants* | Civil Action No. 09-CV-0605-AT |

2920446v1

-2-

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned counsel certifies that he has this day served a copy of the following on all parties to this action by depositing the same in the United States mail, postage prepaid, and addressed to all counsel of record:

1. Objections to Plaintiffs' Rule 30(b)(6) Notice of Taking the Deposition of Quantum Medical Radiology, P.C.; and

2. Objections to Plaintiffs' Rule 30(b)(6) Notice of Taking the Deposition of U.S. Teleradiology, L.L.C.

Respectfully submitted this 12th day of December, 2011, by:

                                     ARNALL GOLDEN GREGORY LLP

                                     /s/ Edward A. Marshall
                                     Henry M. Perlowski
                                     Georgia Bar No. 572393
                                     Edward A. Marshall
                                     Georgia Bar No. 471533

                                     171 17th Street, N.W.
                                     Suite 2100
                                     Atlanta, Georgia 30363
                                     (404)873-8500 (telephone)
                                     (404)873-8501 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, namely:

>David E. Spalten, Esq.
>Paul G. Williams, Esq.
>Daniel A. Cohen, Esq.
>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
>One Midtown Plaza – Suite 1150
>1360 Peachtree Street, N.E.
>Atlanta, Georgia 30309

>Arthur Brannan, Esq.
>Scott Lange, Esq.
>DLA PIPER LLP (US)
>One Atlantic Center
>1201 West Peachtree Street
>Suite 2800
>Atlanta, Georgia 30309

Respectfully submitted this 12th day of December, 2011.

>ARNALL GOLDEN GREGORY LLP

>/s/ Edward A. Marshall
>Edward A. Marshall
>Georgia Bar No. 471533
>edward.marshall@agg.com

2922746v1