**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, ) <br> and WILLIAM G. VAZQUEZ, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> ROBERT R. ROCHE, ASHFORD S. ) <br> McALLISTER, FRANK A. FERRARO, ) <br> E. SCOTT PRETORIUS, QUANTUM ) <br> MEDICAL RADIOLOGY, P.C., U.S. ) <br> TELERADIOLOGY, L.L.C., U.S. ) <br> MAMMO, L.L.C., NEUROSTAR ) <br> SOLUTIONS, INC., NIGHTHAWK ) <br> PHYSICIAN INVESTORS, LLC, ) <br> and JOHN DOES 1 through 10, ) <br> ) <br> *Defendants.* ) <br> _____ ) <br> ) <br> QUANTUM MEDICAL RADIOLOGY, ) <br> P.C., ) <br> *Counterclaim-Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> JAMES ZIMMERMAN, MARV PINZON, ) <br> WILLIAM G. VAZQUEZ, JOSEPH ) <br> CHRISTOPHER RUDÉ, III, and GEORGIA ) <br> IMAGING ASSOCIATES, INC., ) <br> *Counterclaim-Defendants* ) | Civil Action No. <br> NO.  1:09-CV-605-AT |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have this day served the foregoing OBJECTIONS TO PLAINTIFFS' NOTICE OF TAKING THE DEPOSITION OF NEUROSTAR SOLUTIONS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6), to which this Certificate is attached, upon the following counsel of record for all other parties in this action by depositing a copy of the same in the United States mail, postage prepaid, and addressed as follows:

| | |
|---|---|
| David E. Spalten, Esq.<br>Paul G. Williams, Esq.<br>Daniel A. Cohen, Esq.<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>One Midtown Plaza, Suite 1150<br>1360 Peachtree Street NE<br>Atlanta, GA 30309 | Henry M. Perlowski, Esq.<br>Edward A. Marshall, Esq.<br>ARNALL GOLDEN GREGORY LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363 |
| *Attorneys for Plaintiffs and Counterclaim-Defendants* | *Attorneys for Defendants Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC* |

This <u>15th</u> day of December, 2011.

                        By:   <u>/s/ Scott Lange</u>
                                 Scott Lange
                                 Georgia Bar No. 583280
                                 Arthur D. Brannan
                                 Georgia Bar No. 076695
                                 One Atlantic Center, Ste. 2800
                                 1201 West Peachtree Street
                                 Atlanta, Georgia  30309-3450
                                 Ph:  (404) 736-7800
                                 Fax:  (404) 682-7800

                                 *ATTORNEYS FOR NEUROSTAR SOLUTIONS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record, namely:

| | |
|---|---|
| David E. Spalten, Esq.<br>Paul G. Williams, Esq.<br>Daniel A. Cohen, Esq.<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN, LLP<br>One Midtown Plaza, Suite 1150<br>1360 Peachtree Street NE<br>Atlanta, GA 30309 | Henry M. Perlowski, Esq.<br>Edward A. Marshall, Esq.<br>ARNALL GOLDEN GREGORY<br>LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363 |
| *Attorneys for Plaintiffs and Counterclaim-Defendants* | *Attorneys for Defendants Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC* |

This 15th day of December, 2011.

By:   /s/ Scott Lange