**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,<br><br>    Defendants.<br>_____<br><br>QUANTUM MEDICAL RADIOLOGY, P.C.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>JAMES ZIMMERMAN, MARV PINZON, WILLIAM G. VAZQUEZ, JOSEPH CHRISTOPHER RUDÉ, III, and GEORGIA IMAGING ASSOCIATES, INC.,<br><br>    Counterclaim-Defendants. | Civil Action No.<br>09-CV-0605-AT |

## **CERTIFICATE OF DISCOVERY**

COMES NOW Paul G. Williams, counsel of record for Plaintiffs James Zimmerman, Marv Pinzon and William Vazquez, (collectively, "Plaintiffs") and hereby certifies that he has on this day served the following on counsel of record for Defendants and Counterclaim-Plaintiffs, by depositing a copy of the same in the United States mail, postage prepaid:

> Counterclaim-Defendants Georgia Imaging Associates, P.C. and Joe ChristopherRude, III's Responses and Objections to Defendants and Counterclaim-Plaintiffs'Third Request for Production of Documents

> This 19th day of December, 2011.

*(Signatures Continued On Following Page)*

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP


By: /s/ Paul G. Williams
    David E. Spalten
    Georgia Bar No. 669010
    Paul G. Williams
    Georgia Bar No. 764925
    Kelly S. Johnson
    Georgia Bar No. 173474

One Midtown Plaza - Suite 1150
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-260-6080
Facsimile:  404-260-6081

*Attorneys for Plaintiffs*
*and Counterclaim-Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10,<br><br>　　　Defendants.<br>_____<br><br>QUANTUM MEDICAL RADIOLOGY, P.C.,<br><br>　　　Counterclaim-Plaintiff,<br><br>v.<br><br>JAMES ZIMMERMAN, MARV PINZON, WILLIAM G. VAZQUEZ, JOSEPH CHRISTOPHER RUDÉ, III, and GEORGIA IMAGING ASSOCIATES, INC.,<br><br>　　　Counterclaim-Defendants. | Civil Action No.<br>09-CV-0605-AT |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing CERTIFICATE OF SERVICE OF DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of this filing to the following attorneys of record:

| | |
|---|---|
| Henry M. Perlowski<br>Edward A. Marshall<br>ARNALL GOLDEN GREGORY LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, Georgia 30363<br><br>*Attorneys for Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC* | Arthur D. Brannan<br>Scott Lange<br>DLA PIPER LLP (US)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 2800<br>Atlanta, Georgia  30309-3450<br><br>*Attorneys for Defendant Neurostar Solutions, Inc.* |

This 19th day of December, 2011.

/s/ Paul G. Williams
Paul G. Williams
Georgia Bar No. 764925