# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES ZIMMERMAN, MARV PINZON, and WILLIAM G. VAZQUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT R. ROCHE, ASHFORD S. MCALLISTER, FRANK A. FERRARO, E. SCOTT PRETORIUS, QUANTUM MEDICAL RADIOLOGY, P.C., U.S. TELERADIOLOGY, L.L.C., U.S. MAMMO, L.L.C., NEUROSTAR SOLUTIONS, INC., NIGHTHAWK PHYSICIAN INVESTORS, LLC, and JOHN DOES 1 through 10, <br><br> Defendants. | Civil Action No. 09-CV-0605-AT |

## ORDER GRANTING PLAINTIFFS' AND COUNTERCLAIM-DEFENDANTS' MOTION TO EXTEND THE DISCOVERY PERIOD

This matter having come before the Court on Plaintiffs' and Counterclaim-Defendants' Motion to Extend the Discovery Period and Memorandum in Support, and the Court having read and considered the same, the Court hereby GRANTS Plaintiffs' and Counterclaim-Defendants' Motion to Extend the Discovery Period. For good cause shown, the discovery period is extended an additional three months through April 5, 2012.

SO ORDERED this _____ day of _____, 2011.


_____
The Honorable Amy Totenberg
United States District Court
Northern District of Georgia, Atlanta Division

Prepared by:

Kasowitz, Benson, Torres & Friedman, LLP

By: /s/ David E. Spalten
David E. Spalten
Georgia Bar No. 669010

One Midtown Plaza – Suite 1150
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:  (404)260-6080
Facsimile:  (404)260-6081

*Counsel for Plaintiffs
and Counterclaim-Defendants*