**EXHIBIT B**

Rough Transcript

Page 1

1        CONFIDENTIAL - ROUGH DRAFT

2  UNCERTIFIED TRANSCRIPT DISCLAIMER IN THE MATTER OF:      09:45

3                                                          09:45

4  The following transcript of proceedings, or any portion  09:45

5  thereof, in the above-entitled matter, taken on any      09:45

6  date, is being delivered UNEDITED and UNCERTIFIED by     09:45

7  the official court reporter of the proceedings.          09:45

8                                                          09:45

9  This transcript has not been checked, proofread or       09:45

10 corrected.  It is a DRAFT transcript, NOT a certified     09:45

11 transcript.  As such, it may contain omissions,          09:45

12 computer-generated mistranslations of stenotype code or  09:45

13 electronic transmission errors, resulting in inaccurate  09:45

14 or nonsensical word combinations, or untranslated        09:45

15 stenotype symbols which cannot be deciphered by          09:45

16 nonstenotypists.  In some cases, corrections will be     09:45

17 made in the preparation of the certified transcript,     09:45

18 resulting in differences in content, page and line       09:45

19 numbers, punctuation and formatting.                     09:45

20       THE VIDEOGRAPHER:  Good morning, Ladies            09:45

21     and Gentlemen.  This is the begin of of tape         09:46

22     number 1 in the video deposition of Frank M.         09:46

23     Ferraro, MD, it's December 22nd, 2011.  It's         09:46

24     9:46 a.m.  The case is James Zimmerman, Marv         09:46

25     Pinzon and William G. Vazquez, plaintiff,            09:46

Rough Transcript

Page 45

```
 1                      ROUGH DRAFT
 2       Q    (BY MR. SPALTEN)  Please take a look at      10:45
 3   Ferraro 2.                                            10:45
 4            Okay.  Have you ever seen this document      10:45
 5   before?                                               10:45
 6       A    My signature is on it, so I must have.       10:45
 7       Q    Do you --                                    10:45
 8       A    I don't recall it.                           10:45
 9       Q    You -- you don't recall this document,       10:45
10   though?                                               10:45
11       A    No.                                          10:45
12       Q    Okay.                                        10:46
13       A    My signature is on it, though.  That is my   10:46
14   signature.                                            10:46
15       Q    Okay.  Tell me which page your signature     10:46
16   appears on this document.                             10:46
17       A    30217.                                       10:46
18       Q    It appears on a subscription agreement,      10:46
19   correct?                                              10:46
20       A    That's what it says at the top.              10:46
21       Q    And is -- is that subscription agreement     10:46
22   dated?                                                10:46
23       A    No, sir.                                     10:46
24       Q    Okay.  Do you know when you signed this?     10:46
25       A    No, sir.                                     10:46
```

Rough Transcript

1                    ROUGH DRAFT

2       Q    Take a look at Bates number 003021.          10:46

3       A    00302 --                                     10:46

4       Q    11.                                          10:47

5       A    11.                                          10:47

6       Q    Your signature appears there, correct?      10:47

7       A    Correct.                                     10:47

8       Q    And is this document dated?                  10:47

9       A    No, sir.                                     10:47

10      Q    Okay.  Do you know whether it -- first of    10:47

11   all, do you know whether you signed this document?   10:47

12      A    That's my signature.                         10:47

13      Q    Do you have a specific recollection of having  10:47

14   signed this document?                                10:47

15      A    No, sir.                                     10:47

16      Q    Do you know when you signed it?              10:47

17      A    No, sir.                                     10:47

18      Q    Do you recall any correspondence between     10:47

19   anyone at Quantum medical radiology and Mr. Youra, not  10:47

20   regarding the substance of this agreement, but       10:47

21   transmitting copies of this agreement prior to its --  10:48

22   your signing it?                                     10:48

23      A    No, sir.                                     10:48

24      Q    Do you recall any written communication about  10:48

25   a U.S. teleradiology, LLC operating agreement between  10:48

Rough Transcript

Page 47

1                          ROUGH DRAFT

2    any of the existing or future partners in the company      10:48

3    of -- at any time?                                         10:48

4        A    We tried to make multiple attempts to expand      10:48

5    U.S. teleradiology's structure to include new people.      10:48

6    So there were many --                                      10:48

7        Q    Well, I'm talking about this one now to be        10:48

8    clear?                                                      10:48

9        A    This one?                                         10:48

10       Q    In the 2002 time frame.  And I simply             10:48

11   mentioned the 2002 time frame because that's what          10:48

12   appears on Bates 0030217.  And other pages of this         10:48

13   document.                                                  10:48

14       A    I don't recall at this time.                      10:48

15       Q    Okay.  So you don't know if there are any         10:49

16   written communications leading up to or otherwise          10:49

17   referring to this document in the 2002 time frame?         10:49

18       A    Nine years ago, I do not recall.                  10:49

19            MR. MARSHALL:  Off the record just for a          10:50

20       second.                                                10:50

21            THE VIDEOGRAPHER:  10:49.  We're off the          10:50

22       record.                                                10:50

23   (Whereupon, there was a discussion off the record.)        10:50

24            **AUDIO OFF.                                       10:50

25            THE VIDEOGRAPHER:  10:50.  We're back on the      10:50

Rough Transcript

Page 64

|    |   |                                                         |       |
|----|---|---------------------------------------------------------|-------|
| 1  |   | ROUGH DRAFT                                             |       |
| 2  |   | 2004, doesn't it?                                       | 11:25 |
| 3  | A | Right.                                                  | 11:25 |
| 4  | Q | Okay.                                                   | 11:25 |
| 5  | A | I'm confused.                                           | 11:25 |
| 6  | Q | Okay.  So -- you just don't know where this             | 11:25 |
| 7  |   | document came from?                                     | 11:25 |
| 8  | A | Correct.                                                | 11:25 |
| 9  | Q | Okay.                                                   | 11:25 |
| 10 | A | I have no idea.                                         | 11:25 |
| 11 | Q | What does the Bates stamp on the lower right            | 11:25 |
| 12 |   | of the front page of that document read?                | 11:25 |
| 13 | A | What's a date stamp?                                    | 11:26 |
| 14 | Q | Bait.  Do you know what a Bates stamp is?               | 11:26 |
| 15 | A | No.                                                     | 11:26 |
| 16 | Q | It's a -- it's a number that is placed on a             | 11:26 |
| 17 |   | document in discovery proceedings in litigation like    | 11:26 |
| 18 |   | this, and it designates the party producing it as well  | 11:26 |
| 19 |   | as the sequence of the document in the production.      | 11:26 |
| 20 |   | What -- what is that Bates stamp?                        | 11:26 |
| 21 | A | QMR 000233.                                             | 11:26 |
| 22 | Q | Okay.  All right.  Take a look now at number            | 11:26 |
| 23 |   | 5.                                                      | 11:26 |
| 24 | A | Yes, sir.                                               | 11:26 |
| 25 | Q | Have you ever seen this document before?                | 11:26 |

Rough Transcript

Page 65

1                    ROUGH DRAFT

2        A    I believe I have seen this document before.    11:26

3        Q    Okay.  What is it?                             11:26

4        A    U.S. tele radiology LLC operating agreement    11:27

5    dated as of January 2nd, 2004.                          11:27

6        Q    When was the last time you saw this document?  11:27

7        A    Probably in 2004.                              11:27

8        Q    Did you review this document in preparation    11:27

9    for this deposition?                                    11:27

10       A    I don't recall reviewing it document.          11:27

11       Q    Has anyone ever shown you this document in     11:27

12   connection with this litigation?                        11:27

13       A    I don't recall.  I don't --                    11:27

14       Q    Does that mean you don't think they did or     11:27

15   you -- you're just not sure?                            11:27

16       A    I don't recall.  I -- I don't know.  Now I'm   11:27

17   very confused.  I'm sorry.                              11:27

18       Q    All right.  Do you remember discussions among  11:27

19   board members of QMR regarding the preparation of an    11:27

20   operating agreement of U.S. teleradiology in early      11:27

21   2004?                                                   11:28

22       A    There were many discussions about operating    11:28

23   agreements for U.S. teleradiology.  We were trying to   11:28

24   figure out a away to form the company that would be a   11:28

25   template for the company to grow with.  And there were  11:28

Rough Transcript

Page 66

1                    ROUGH DRAFT

2    very few teleradiology companies that were physician      11:28

3    owned.  I don't know there were any back then.  There     11:28

4    were no teleradiology companies that did not have         11:28

5    outside capital in them, like I mentioned Shear Ahern     11:28

6    was really owned by MedPartners.  Nighthawk was           11:28

7    financed by summit partners, a hedge fund, and so we      11:28

8    were trying to figure out a process.                      11:28

9        Q    Was that as to the 2002 operating agreement      11:28

10   that that was previously shown to you?                    11:29

11       A    What was true?                                   11:29

12       Q    Were there discussions of the nature you just    11:29

13   described regarding the 2002 operating agreement you      11:29

14   testified to?                                             11:29

15       A    I don't recall discussions, but somehow it       11:29

16   had to be produced, so I'm sure there were discussions.   11:29

17       Q    Okay.  How about as to the Exhibit 5; do you     11:29

18   recall discussions about Exhibit 5 in --                  11:29

19       A    There were discussions.                          11:29

20       Q    -- in late 2003 or early 2004?                   11:29

21       A    There were discussions about how to make this    11:29

22   work for years.                                           11:29

23       Q    Okay.  Do -- was -- was there any email or       11:29

24   other written correspondence prior to the creation of    11:29

25   Exhibit 5, the document that is Exhibit 5, between the    11:30

Rough Transcript

1                    ROUGH DRAFT

2   board members of QMR?                             11:30

3        A    I don't recall emails.  A lot of this stuff,   11:30

4   you have to realize, I don't know how to type.  I hunt   11:30

5   and peck, okay?  Dr. McAllister is very computer   11:30

6   phobic, as a matter of fact when we started he had   11:30

7   other people touch the mouse and Dr. Roche is in   11:30

8   his '60s so we really discuss things a lot on the   11:30

9   phone.  There wasn't a lot of emails going back and   11:30

10  forth.  I probably was the most prolific email writer   11:30

11  and I know you have access to all my emails, they were   11:30

12  provided unfettered access to all our accounts, you can   11:30

13  see that, you know, I type R for -- R is the letter for   11:30

14  are, U is the letter for YOU I mean I'm a hunt and peck   11:30

15  are so we really weren't -- it's not conducive when you   11:31

16  only have a few people it's much easier to just put   11:31

17  people on the phone with each other.   11:31

18       Q    Okay.  Well in 2003 we've seen a letter from   11:31

19  Dr. Zimmerman relating to his buy-in to QMR and here   11:31

20  dated January 2nd, 2004, we have Exhibit 5, which is an   11:31

21  operating agreement of U.S. teleradiology, LLC,   11:31

22  correct?                                           11:31

23       A    2003, 2004, yes, sir.                    11:31

24       Q    Okay.  And --                            11:31

25       A    Sorry.                                   11:31

Rough Transcript

Page 68

1               ROUGH DRAFT

2       Q    Who are the listed members of U.S.              11:31

3  teleradiology, LLC, as of January 2nd, 2004, according    11:31

4  to Exhibit 5?                                             11:31

5       A    Who are the listed members?  Is there a         11:32

6  particular spot where it's listed?                        11:32

7       Q    Take a look on page 28, which is Bates          11:32

8  labeled QMR 0030189.                                      11:32

9       A    189.  Undersigned have executed this            11:32

10  agreement as of the date set -- first set forth above.   11:32

11  The people who have signed this document are myself,      11:32

12  Dr. Roche, and Dr. McAllister.                           11:32

13      Q    Okay.  And who else are listed as members?      11:32

14      A    Dr. --                                          11:32

15           MR. PERLOWSKI:  Object to the form of           11:32

16      the question.                                        11:32

17           THE WITNESS:  There's two other names on        11:32

18      the piece of paper.                                  11:32

19      Q    (BY MR. SPALTEN)  Under members?                11:32

20      A    Under members there are two other names.        11:32

21      Q    And what --                                     11:32

22      A    Dr. James Zimmerman and Dr. Marv Pinzon are     11:32

23  typed out but there's no signature for either one.       11:32

24      Q    Okay.  And on Exhibit A, which is the next      11:32

25  page, the following page, page 29, Bates'd 0030190,      11:32

Rough Transcript

Page 69

1                    ROUGH DRAFT

2    what are the capital contributions, units issued and          11:33

3    names listed on there?                                        11:33

4        A    There is no -- there are five names listed,          11:33

5    capital contributions are blank, units issued are             11:33

6    blanks, it discusses class of shares, and discusses           11:33

7    total units issued but doesn't have a total.  It just         11:33

8    says 1 million, 1 million, 1 million, 1 million, 1             11:33

9    million.                                                       11:33

10       Q    Okay.  Now, do you recall any correspondence         11:33

11   amongst any board members of U.S. teleradiology and           11:33

12   either Dr. Zimmerman or Dr. Pinzon regarding                  11:33

13   Dr. Zimmerman or Dr. Pinzon's membership in UST in            11:33

14   connection with the creation of this document?                11:34

15       A    Do I recall correspondence between                   11:34

16   Dr. Zimmerman and Dr. Pinzon with the other members in        11:34

17   creation of this document?                                    11:34

18       Q    And in -- in particular, with regard to             11:34

19   Dr. Zimmerman and Dr. Pinzon's membership in UST?             11:34

20       A    Membership in UST.  I believe there were             11:34

21   multiple emails that Dr. Zimmerman may have sent -- I         11:34

22   don't -- do I remember any in particular?  No.  I             11:34

23   believe that there was some correspondence, but I don't       11:34

24   remember any particular email that sticks -- you know,        11:34

25   I -- I think there was some conversation I believe that       11:34

Rough Transcript

1            ROUGH DRAFT

2   times to figure out a way that we could come together    11:39

3   to make this work.                                       11:39

4        Q    Okay.  So did you?                             11:40

5            MR. PERLOWSKI:  Let me -- I just want to        11:40

6        want to say for the purposes of clarifying          11:40

7        the record that when Dr. Ferraro was                11:40

8        referring to a document in his answer, he was       11:40

9        referring to Exhibit 3.                             11:40

10           MR. SPALTEN:   Thank you {CHECK THIS}.          11:40

11       Q    (BY MR. SPALTEN)  Why were doctors Zimmerman   11:40

12   and Dr. Pinzon listed on page 28 of Exhibit 5?          11:40

13       A    I will speculate --                            11:40

14       Q    Well, first, let me ask, do you know?          11:40

15       A    I didn't write the document so I --            11:40

16       Q    Well you -- you were a member of the board of  11:41

17   US teleradiology at that point, weren't you?            11:41

18       A    Yes, sir.                                      11:41

19       Q    And who communicated with counsel -- well,     11:41

20   first of all, do you know who wrote this?               11:41

21       A    It's either -- I can give you two people it's  11:41

22   either one other the other or three I'm sorry it's Ben  11:41

23   Barkley at Kilpatrick or Michael golden of Arnall       11:41

24   Golden Gregory so it's one of those three {CHECK THIS}. 11:41

25       Q    Okay.  Now, did you have the relationship      11:41

Rough Transcript

Page 74

1                    ROUGH DRAFT

2   with Kilpatrick?                                    11:41

3        A    I knew Ben Barkley but I also brought my  11:41

4   partners in to the relationship.  They met with Ben 11:41

5   Barkley several times.  He was, I think, the vice   11:41

6   chairman of Kilpatrick.  Is it kill Pratt particular 11:41

7   Stockton now or was it Kasowitz, Benson, Torres &   11:41

8   Friedman code de and Kilpatrick.  Easy involved it's 11:41

9   evolved over time.                                  11:41

10       Q    Would recognize the reference?            11:41

11       A    Okay.                                     11:41

12       Q    I think I can speak for opposing counsel  11:41

13   in --                                              11:42

14        MR. PERLOWSKI:  Absolutely.                   11:42

15        MR. SPALTEN:  Putting it that way.            11:42

16       Q    (BY MR. SPALTEN)  Who has been the        11:42

17   transactional counsel for U.S. teleradiology LLC?  11:42

18       A    I think Michael -- I don't know what      11:42

19   transactional counsel I'm sorry I'm answering the  11:42

20   question and I don't know what the word is.        11:42

21       Q    The business lawyer who drafts contracts  11:42

22   generally?                                         11:42

23        MR. PERLOWSKI:  Object to format what         11:42

24     point in time?                                   11:42

25        MR. SPALTEN:  Well, from its inception        11:42

Rough Transcript

Page 75

| | | |
|---|---|---|
| 1 | ROUGH DRAFT | |
| 2 | forward. | 11:42 |
| 3 | MR. PERLOWSKI:  Okay. | 11:42 |
| 4 | THE WITNESS:  I believe it's evolved. | 11:42 |
| 5 | Q    (BY MR. SPALTEN)  Okay. | 11:42 |
| 6 | A    I think it was Greg Youra yeah it had to be | 11:42 |
| 7 | Greg Youra because he did this (indicating). | 11:42 |
| 8 | Q    And you're -- | 11:42 |
| 9 | A    I'm sorry, Exhibit number 1.  Exhibit -- so | 11:42 |
| 10 | he did Exhibit number 1. | 11:42 |
| 11 | Q    Okay. | 11:42 |
| 12 | A    So that was Greg Youra.  Could have possibly | 11:42 |
| 13 | went to Kilpatrick Stockton, I don't know if it did.  I | 11:42 |
| 14 | know that it's now Michael Golden at Arnall Golden | 11:42 |
| 15 | Gregory. | 11:43 |
| 16 | Q    And when did Mr. Golden take over that role? | 11:43 |
| 17 | A    Again, you have a piece of paper that says | 11:43 |
| 18 | 2004 in front of you.  I'm thinking that it could have | 11:43 |
| 19 | been about that time. | 11:43 |
| 20 | Q    And who was it prior to that time? | 11:43 |
| 21 | A    It was either Ben Barkley or Greg Youra.  I'm | 11:43 |
| 22 | not sure. | 11:43 |
| 23 | Q    Now, I'm looking at page 28 of Exhibit 5 | 11:43 |
| 24 | again, and it is signed under the name company on the | 11:43 |
| 25 | left side, and it appears US tele owe -- it looks like | 11:43 |

Rough Transcript

1                    ROUGH DRAFT

2    there's a typo there **[**CK|DOCT**] but it's signed by      11:43

3    you, correct?                                                11:43

4        A    Correct.  That's --                                 11:43

5        Q    And that's your signature?                          11:43

6        A    That's my name.  Approximation.                     11:43

7        Q    So this document was a document authorized to       11:43

8    be prepared on behalf of U.S. teleradiology, correct?        11:44

9        A    Correct.                                            11:44

10           MR. PERLOWSKI:  Object -- go ahead.  Go             11:44

11       ahead.  That's fine.                                     11:44

12       Q    (BY MR. SPALTEN)  And to your knowledge, U.S.       11:44

13   teleradiology's counsel prepared it, correct?                11:44

14       A    Correct.                                            11:44

15       Q    Now, do you know why -- and I'm not asking          11:44

16   you here for any communications with counsel, okay --        11:44

17   do you know why counsel included James Zimmerman and         11:44

18   Marv Pinzon's names on page 28, that is Bates 30189?         11:44

19       A    Our --                                              11:44

20           MR. PERLOWSKI:  Just he's not asking you            11:44

21       to reveal any privileged communications, so I            11:44

22       guess the -- if you can answer the question              11:44

23       without revealing a privileged communication,            11:44

24       please do so.  But if you cannot, don't do               11:44

25       so.  Do you understand what I'm.                         11:44

Rough Transcript

Page 77

1           ROUGH DRAFT

2           THE WITNESS:  I don't know what a          11:45

3      privileged communication is.                   11:45

4           MR. PERLOWSKI:  A privileged               11:45

5      communication would be a communication          11:45

6      between attorneys and client.  So if to         11:45

7      answer the question you would have to reveal    11:45

8      a communication between legal counsel UST and   11:45

9      yourself you're not to do that.                 11:45

10          THE WITNESS:  I'm not to do that.          11:45

11     Q    (BY MR. SPALTEN)  I'm sorry?               11:45

12     A    Because I -- I had the discussion with the 11:45

13     lawyer, I guess to do this.                     11:45

14     Q    All right.  Well, let me ask you, independent 11:45

15     of the discussion with the lawyer, what is your 11:45

16     understanding of any discussion between US      11:45

17     teleradiology and Jim Zimmerman and Marv Pinzon that 11:45

18     led to their names appearing on this document?  11:45

19          MR. PERLOWSKI:  Can you read the           11:46

20     question back, please.                          11:46

21          So, I don't mean to interfere but David,   11:46

22     please, given the witness appears to be confused.  That 11:46

23     question does not call for a privileged communication. 11:46

24     The question that David asked is are you aware of 11:46

25     conversations between US teleradiology and either 11:46

Rough Transcript

Page 78

1                    ROUGH DRAFT

2    Dr. Zimmerman or Pinzon that resulted or that may have        11:46

3    led to their names being listed on page 28 of Exhibit        11:46

4    5.                                                            11:46

5            THE WITNESS:  Why are their names                     11:46

6        here.                                                     11:46

7            THE COURT REPORTER:  Pardon me say that               11:46

8        again.                                                    11:46

9            THE WITNESS:  Why there are names here?               11:46

10   Q    I'm trying to be a little more precise?                  11:46

11   A    I'm sorry.                                               11:47

12   Q    First I'm limiting what communications were             11:47

13   there that led to their names appearing here?                11:47

14   A    I don't know if there was any communications.           11:47

15   I mean, I don't -- I don't --                                11:47

16   Q    Well, why then --                                       11:47

17   A    Let.  Why then is it there.                             11:47

18   Q    Yes?                                                     11:47

19   A    Because it was everyone's goal and intention            11:47

20   to make the system work and to figure a process              11:47

21   {CHECK THIS} whereby we could add new members to the         11:47

22   organization that was agreeable to the original             11:47

23   partners and to new partners coming on.  We could never     11:47

24   get to that point.  There was a -- my perception was        11:47

25   the bargaining position of the new people was this is       11:47

Rough Transcript

Page 79

```
 1                        ROUGH DRAFT
 2    worth nothing, we should pay nothing for it, it is only    11:47
 3    computers and wires, there is no value to it, and we       11:47
 4    should be made completely equal with no buy in or          11:47
 5    extremely limited buy in.  The position of myself          11:47
 6    was -- there was a lot of work, there was a lot of         11:47
 7    spade work that went into this, there was a lot of         11:48
 8    digging, there was a lot of hours somehow we have to       11:48
 9    figure out a way to make it fair to the founders and       11:48
10    bring in new people.                                       11:48
11        Q    All right, well doctor Ferraro?                   11:48
12        A    So I --                                           11:48
13        Q    I absolutely am doing everything I can to in      11:48
14    no way stop you from testifying and I don't intend to      11:48
15    do that.  My question really is related to this            11:48
16    document right now, okay?  And how it was that their       11:48
17    names ended up on here.                                    11:48
18        A    Because it was --                                 11:48
19        Q    --                                                11:48
20        A    The goal to get them to sign this document        11:48
21    and become partners.                                       11:48
22        Q    So there were discussions with them about a       11:48
23    document like this, is that true?                          11:48
24        A    There were many -- yeah, discussion about         11:48
25    many documents.                                            11:48
```

Rough Transcript

Page 80

```
 1                    ROUGH DRAFT

 2      Q    Okay.                                    11:48

 3      A    Many different ways.                     11:48

 4      Q    All right.  Tell me about what the       11:48

 5  discussions were about those gentlemen, Dr. Pinzon and   11:48

 6  Dr. Zimmerman's prospective membership in UST prior to   11:49

 7  January 2nd, 2004.                               11:49

 8      A    There was UST which was an organization that   11:49

 9  provided telemedicine services.  We contracted with QMR   11:49

10  to provide the doctors.  QMR provided the doctors.  We   11:49

11  wanted -- it was always my intention that one of the   11:49

12  problems with healthcare is that doctors weren't   11:49

13  involved enough.                                11:49

14      Q    (BY MR. SPALTEN)  Dr. Ferraro?          11:49

15      A    I'm sorry.                              11:49

16           MR. PERLOWSKI:  Dr. Ferraro this -- let   11:49

17  me.                                             11:49

18           THE WITNESS:  I'm sorry.               11:49

19           MR. PERLOWSKI:  He's asking about       11:49

20  specific discussions in response -- his          11:50

21  question was about specific discussions prior    11:50

22  to January 2nd of 2004.  If I recall the         11:50

23  question correctly.                             11:50

24      Q    (BY MR. SPALTEN)  Yeah, and Dr. Ferraro, let   11:50

25  me -- let me ask you to first address the first   11:50
```

Rough Transcript

Page 81

<pre>
 1              ROUGH DRAFT
 2    discussions, and now I'm not talking about your        11:50
 3    underlying thought processes?                          11:50
 4        A    Okay.                                         11:50
 5        Q    Okay?  I am now asking about what was said in 11:50
 6    the first discussions you are aware of, okay, regarding 11:50
 7    Dr. Pinzon and Dr. Zimmerman's membership in UST.      11:50
 8    Let -- let me help orient you.  When did the first     11:50
 9    discussions that you can recall take place?            11:50
10        A    I can't.  It's just -- it's a big blur.  It   11:50
11    just seems like discussions were always going back and 11:50
12    forth.  We were busy taking care of patients, and I -- 11:50
13        Q    So you -- you cannot recall what those        11:51
14    discussions were?                                      11:51
15        A    Yeah, I just -- just like little tidbits here 11:51
16    and there but I don't even know -- I don't have a      11:51
17    diary, I don't have dates, why have any of that, no.   11:51
18        Q    That wasn't what I was asking you.  I'm       11:51
19    asking about recollection, whether you recall -- do you 11:51
20    recall any particular discussions with Dr. Pinzon or   11:51
21    Dr. Zimmerman about their understanding or expectations 11:51
22    as to the terms in which they would become members of  11:51
23    UST?                                                   11:51
24        A    I -- I don't want to upset anyone.            11:51
25        Q    You're not going to upset anybody?            11:51
</pre>

Rough Transcript

Page 82

1                    ROUGH DRAFT

2      A    Okay, I don't want to --              11:51

3      Q    We all do this for a living all the time and   11:51

4  this is use our professional activity?        11:51

5      A    So I don't want --                    11:51

6      Q    So don't worry about that?            11:51

7      A    What I really remember struck me was that   11:51

8  they said there's no value there, there should be no   11:51

9  buy-in and we should all be equal in ownership.   11:51

10     Q    When do you recall that conversation taking   11:52

11 place?                                          11:52

12     A    That -- that theme was the underlying theme   11:52

13 throughout everything.                          11:52

14     Q    Do you recall a specific conversation in   11:52

15 which they said one or the other of them said that, and   11:52

16 if so, when did it occur?                       11:52

17     A    It was -- I remember the conversation that   11:52

18 I'm -- that I'm referencing was at the OPS building,   11:52

19 which was in Cumberland Mall area, in -- after a   11:52

20 meeting, myself walking out with Dr. Zimmerman and him   11:52

21 saying there's no value there, it's just some computers   11:52

22 and some -- some wires, and that's all it is.  And it   11:52

23 struck me as so crazy that that's what he thought about   11:52

24 this, and also it seemed incongruous with the desire to   11:52

25 have totally equal partnership in something that's   11:53

Rough Transcript

Page 83

1                    ROUGH DRAFT

2    worth nothing.                                    11:53

3        Q    Okay.  I'm --                            11:53

4        A    That's the --                            11:53

5        Q    With all -- with all respect, I'm object to   11:53

6    that -- that answer as being nonresponsive and move to   11:53

7    strike it.  Now --                                11:53

8            MR. PERLOWSKI:  I think -- I think that   11:53

9        answer was responsive certainly at least the   11:53

10       initial portions of it were responsive to the   11:53

11       question he was referring to a specific        11:53

12       conversation at a specific location.           11:53

13       Q    (BY MR. SPALTEN)  Okay.  When did that occur?   11:53

14       A    I -- I don't know a date.  It was dark    11:53

15   outside.  That's all I know.  I mean, honestly, I -- I   11:53

16   just remember it being dark.  I know exactly where the   11:53

17   court yard it it's -- it's just like one of those   11:53

18   things that you remember in high school.  It's just   11:53

19   there in your head.                                11:53

20       Q    So you don't recall the year, then?      11:53

21       A    No, I do not recall the year.            11:53

22   (NOTE:  Neurostar solutions, Inc., cap chart 2/1/05.   11:54

23   Exhibit 6                                          11:54

24       Q    (BY MR. SPALTEN)  Please take a look at   11:54

25   Exhibit number 6.                                  11:54