# EXHIBIT C

Rough Transcript

|   |   | Page 1 |
|---|---|---|
| 1 | A. McALLISTER - ROUGH        1 | |
| 2 | "ROUGH DRAFT" | |
| 3 | UNEDITED, UNPROOFED | |
| 4 | MAY CONTAIN ERRORS, OMISSIONS, | |
| 5 | NON-SENSICAL PHRASING. | |
| 6 | MAY NOT BE USED FOR CITATION PURPOSES. | |
| 7 | REPORTER'S NOTE:  Following is an unedited, | 08:41 |
| 8 | uncertified transcript.  Names and numbers are | 08:41 |
| 9 | particularly likely to translate incorrectly. | 08:41 |
| 10 | You may not rely on page numbers.  The final | 08:41 |
| 11 | draft of this transcript will be edited by the | 08:41 |
| 12 | court reporter, and both insignificant and | 08:41 |
| 13 | significant changes may be made.  This | 08:41 |
| 14 | transcript may not be presented or used in any | 08:41 |
| 15 | way as evidence in any forum whatsoever. | 08:41 |
| 16 | [9:40 a.m. | 09:10 |
| 17 | ASHFORD SAMUEL McALLISTER, M.D., | 09:40 |
| 18 | called as a witness, having been duly | 09:40 |
| 19 | sworn by a Certified Court Reporter, was | 09:40 |
| 20 | examined and testified as follows: | 09:40 |
| 21 | E X A M I N A T I O N | 09:40 |
| 22 | BY MR. WILLIAMS: | 09:40 |
| 23 | Q.   Good morning, Dr. McAllister.  My | 09:40 |
| 24 | name is Paul Williams and I'm an attorney with | 09:40 |
| 25 | Kasowitz, Benson, Torres & Friedman, and we | 09:40 |

|    |    |    |
|----|----|----|
| 1  | A. McALLISTER - ROUGH                    72 |       |
| 2  | (Deposition Exhibit Number 4 was         | 11:16 |
| 3  | marked for identification)               | 11:16 |
| 4  | THE WITNESS:  (Perusing document).       | 11:16 |
| 5  | BY MR. WILLIAMS:                         | 11:17 |
| 6  | Q.   Do you recognize this document?     | 11:17 |
| 7  | A.   It looks familiar as the US         | 11:17 |
| 8  | Teleradiology Operating Agreement, as it says | 11:17 |
| 9  | on the top.  But I'm not sure this is the exact | 11:17 |
| 10 | agreement I've seen before.              | 11:18 |
| 11 | Q.   Okay.  If you look at page 19, which | 11:18 |
| 12 | is Bates numbered QMR 0030211, do you see that | 11:18 |
| 13 | it appears that there was a year date of 2002? | 11:18 |
| 14 | A.   Correct.                            | 11:18 |
| 15 | Q.   But there is no month or day listed | 11:18 |
| 16 | in there, is there?                      | 11:18 |
| 17 | A.   There is not.                       | 11:18 |
| 18 | Q.   And who are listed as the initial   | 11:18 |
| 19 | members?                                 | 11:18 |
| 20 | A.   Frank Ferraro, Ashford McAllister,  | 11:18 |
| 21 | and Robert Roche.                        | 11:18 |
| 22 | Q.   Okay.  Do you recognize the         | 11:18 |
| 23 | signatures on this page?                 | 11:18 |
| 24 | A.   They look like Frank Ferraro's and  | 11:18 |
| 25 | Robert Roche's signatures.               | 11:18 |

Rough Transcript

Page 73

```
 1            A. McALLISTER - ROUGH              73
 2      Q.   Okay.  Your signature is not on this    11:18
 3   page, is it?                                    11:19
 4      A.   That is correct.                        11:19
 5      Q.   Do you know whether you signed this     11:19
 6   agreement?                                      11:19
 7      A.   It would appear I did not sign this     11:19
 8   agreement.                                      11:19
 9      Q.   Do you know whether you signed          11:19
10   another copy at some point in time of this     11:19
11   version of the agreement?                       11:19
12           MR. MARSHALL:  Objection, vague.        11:19
13           THE WITNESS:  I do not recall.          11:19
14   BY MR. WILLIAMS:                                11:19
15      Q.   Okay.  But you understood yourself to   11:19
16   be a member of UST, regardless of whether you   11:19
17   signed this, correct, as of this time in 2002?  11:19
18           MR. MARSHALL:  Objection, vague,        11:19
19        calls for a legal conclusion.              11:19
20           MR. WILLIAMS:  I'm asking for his       11:19
21        understanding.                             11:19
22           THE WITNESS:  Would you restate         11:19
23        that, please?                              11:19
24   BY MR. WILLIAMS:                                11:19
25      Q.   You understood yourself to be a         11:19
```

Rough Transcript

Page 74

```
 1              A. McALLISTER - ROUGH             74
 2   member of UST, even if you did not sign this      11:19
 3   agreement at this time, correct?                  11:19
 4        A.   Correct.                                11:19
 5        Q.   Now, if you go to Exhibit A on the      11:19
 6   next -- first of all, do you know who prepared    11:19
 7   this document?                                    11:20
 8        A.   Unless it says so, I do not know.       11:20
 9        Q.   Okay.  This lists three members,        11:20
10   correct?  And I'm assuming this is a typo of     11:20
11   Frank fee rare row?                               11:20
12        A.   What page are you on?                   11:20
13        Q.   The next page, page 20.  And Ashford    11:20
14   McAllister and Robert Roche, correct?             11:20
15             MR. MARSHALL:  Objection, vague.        11:20
16             THE WITNESS:  Would you rephrase        11:20
17        your statement?                              11:20
18   BY MR. WILLIAMS:                                  11:20
19        Q.   I said this lists three initial         11:20
20   members, correct?                                 11:20
21        A.   Yes.                                    11:20
22        Q.   Frank Ferraro, Ashford McAllister,      11:20
23   and Robert Roche?                                 11:20
24        A.   That is correct.                        11:20
25        Q.   And it states that you each provided    11:20
```

Rough Transcript

Page 75

|    |                                                                |       |
|----|----------------------------------------------------------------|-------|
| 1  | A. McALLISTER - ROUGH                                 75       |       |
| 2  | an initial capital contribution of one hundred                 | 11:20 |
| 3  | dollars, correct?                                              | 11:20 |
| 4  | A.   That's what it says.                                      | 11:20 |
| 5  | Q.   And do you recall having made such an                     | 11:20 |
| 6  | initial cash contribution of a hundred dollars?                | 11:20 |
| 7  | A.   I do not recall.                                          | 11:20 |
| 8  | Q.   Okay.  Do you recall whether or not                       | 11:20 |
| 9  | you made a specific cash contribution from each                | 11:21 |
| 10 | of you for the funding, initial capital                        | 11:21 |
| 11 | contribution for the funding of UST?                           | 11:21 |
| 12 | MR. MARSHALL:  Objection, vague.                               | 11:21 |
| 13 | THE WITNESS:  I do not recall.                                 | 11:21 |
| 14 | BY MR. WILLIAMS:                                               | 11:21 |
| 15 | Q.   And then this states that each had                        | 11:21 |
| 16 | one membership interest, correct?                              | 11:21 |
| 17 | A.   It does.                                                  | 11:21 |
| 18 | Q.   Okay.  If you turn back to page with                      | 11:21 |
| 19 | the Bates number QMR 0030215, that appears to                  | 11:21 |
| 20 | be a subscription agreement for Robert Roche                   | 11:21 |
| 21 | relating to this operating agreement, correct?                 | 11:21 |
| 22 | MR. MARSHALL:  Objection, vague.                               | 11:21 |
| 23 | THE WITNESS:  It appears to be so.                             | 11:21 |
| 24 | BY MR. WILLIAMS:                                               | 11:21 |
| 25 | Q.   And do you recognize Robert Roche's                       | 11:21 |

Rough Transcript

Page 76

| | | |
|---|---|---|
| 1 | A. McALLISTER - ROUGH          76 | |
| 2 | signature on that page? | 11:21 |
| 3 | A.   It looks familiar, yes. | 11:21 |
| 4 | Q.   All right.  And then the next page | 11:22 |
| 5 | appears to be a subscription agreement for you, | 11:22 |
| 6 | for this agreement, correct? | 11:22 |
| 7 | A.   It does. | 11:22 |
| 8 | Q.   And you did not sign this, correct? | 11:22 |
| 9 | A.   My signature is not on this page, no. | 11:22 |
| 10 | Q.   Do you know whether you signed this | 11:22 |
| 11 | subscription agreement relating to this | 11:22 |
| 12 | operating agreement? | 11:22 |
| 13 | A.   I do not -- | 11:22 |
| 14 | MR. MARSHALL:  Objection, vague, | 11:22 |
| 15 | you can answer. | 11:22 |
| 16 | THE WITNESS:  I do not recall. | 11:22 |
| 17 | BY MR. WILLIAMS: | 11:22 |
| 18 | Q.   And then the next page is a | 11:22 |
| 19 | subscription agreement for Dr. Ferraro, | 11:22 |
| 20 | correct? | 11:22 |
| 21 | A.   Correct. | 11:22 |
| 22 | Q.   And do you recognize his signature on | 11:22 |
| 23 | this page? | 11:22 |
| 24 | A.   It looks familiar. | 11:22 |
| 25 | Q.   Okay.  Do you know whether there was | 11:22 |

| | | |
|---|---|---|
| 1 | A. McALLISTER - ROUGH    77 | |
| 2 | a separate shareholder agreement for UST at | 11:22 |
| 3 | this time? | 11:22 |
| 4 | A.   I do not recall. | 11:22 |
| 5 | Q.   Okay.  Do you know -- do you recall | 11:22 |
| 6 | whether this operating agreement was revised at | 11:22 |
| 7 | some point in time? | 11:23 |
| 8 | A.   I do not recall. | 11:23 |
| 9 | MR. WILLIAMS:  Would you please | 11:23 |
| 10 | mark this as McAllister Exhibit 5. | 11:23 |
| 11 | (Deposition Exhibit Number 5 was | 11:23 |
| 12 | marked for identification) | 11:23 |
| 13 | THE WITNESS:  (Perusing document). | 11:23 |
| 14 | BY MR. WILLIAMS: | 11:24 |
| 15 | Q.   Do you recognize this agreement, or | 11:24 |
| 16 | this document? | 11:24 |
| 17 | A.   Yes, I do. | 11:24 |
| 18 | Q.   And what is this document? | 11:24 |
| 19 | A.   It's the U.S. Teleradiology operating | 11:24 |
| 20 | agreement dated January 2nd, 2004. | 11:24 |
| 21 | Q.   Do you know whether this agreement | 11:25 |
| 22 | was actually executed January 2nd, 2004, or do | 11:25 |
| 23 | you know if it was -- or just that question. | 11:25 |
| 24 | MR. MARSHALL:  Objection, vague. | 11:25 |
| 25 | BY MR. WILLIAMS: | 11:25 |

Rough Transcript

Page 78

```
 1              A. McALLISTER - ROUGH              78
 2       Q.   Do you know whether it was executed      11:25
 3   on January 2nd, 2004?                             11:25
 4       A.   I do not recall.                         11:25
 5       Q.   Do you know whether this document was    11:25
 6   prepared at some later point in time and then     11:25
 7   backdated to January 2nd, 2004?                   11:25
 8       A.   I do not recall.                         11:25
 9       Q.   Okay.  If you look at page 28, this      11:25
10   bears the Bates number QMR 0030189, do you see    11:25
11   your signature on this page?                      11:25
12       A.   Yes, sir, I do.                          11:25
13       Q.   And is that your signature?              11:25
14       A.   Yes, sir.                                11:25
15       Q.   And who are listed as the members on     11:25
16   this page?                                        11:26
17       A.   Robert Roche, Ashford McAllister,        11:26
18   Francis Ferraro.  Do you include the ones with    11:26
19   the signatures or without?                        11:26
20       Q.   Well, whose names appear under the       11:26
21   list for members?                                 11:26
22       A.   James Zimmerman, Marv Pinzon.            11:26
23       Q.   Okay.  And there are signatures          11:26
24   for -- over the names for Robert Roche and        11:26
25   Francis Ferraro, correct?                         11:26
```

```
 1              A. McALLISTER - ROUGH              79
 2       A.   Correct.                                    11:26
 3       Q.   Do you recognize those signatures?          11:26
 4       A.   Yes, I do.                                  11:26
 5       Q.   And to the left I'm assuming there's        11:26
 6  a typo there, but it appears to indicate U.S.         11:26
 7  Teleradiology, LLC.                                   11:26
 8            That's signed by Dr. Ferraro as             11:26
 9  president and CEO of UST, correct?                    11:26
10       A.   That is correct.                            11:26
11       Q.   And do you recognize that signature?        11:26
12       A.   Yes, I do.                                  11:26
13       Q.   And do you know whether Dr. Ferraro,        11:26
14  in fact, held the position of president and CEO       11:26
15  at -- as of January 2nd, 2004?                        11:27
16       A.   Yes.                                        11:27
17       Q.   Okay.  Yes, you know, or yes, he did?       11:27
18       A.   Yes, I know.  And yes, he did.              11:27
19       Q.   Okay.  Do you know why James                11:27
20  Zimmerman and Marv Pinzon are listed as members       11:27
21  on the signature page of this operating               11:27
22  agreement?                                            11:27
23       A.   I do not.                                   11:27
24       Q.   Okay.  Do you know whether they were        11:27
25  presented with a copy of this operating               11:27
```

```
 1           A. McALLISTER - ROUGH           80
 2   agreement?                                      11:27
 3       A.   I do not recall.                       11:27
 4       Q.   If you go to the next page, Exhibit    11:27
 5   A, listed as capital convictions; units issued, 11:27
 6   correct?                                        11:27
 7       A.   Yes.                                   11:27
 8       Q.   And it shows on the left-hand side,    11:27
 9   member or non-member transferee and it states,  11:28
10   Robert Roche, Francis A. Ferraro and Ashford    11:28
11   McAllister, and if you look across, it's        11:28
12   indicates that those three people have Class A  11:28
13   units, total of units, 1 million issued,        11:28
14   correct?                                        11:28
15           MR. MARSHALL:  Objection.  The          11:28
16       document speaks for itself.  You can        11:28
17       answer.                                     11:28
18           THE WITNESS:  Yes.                      11:28
19   BY MR. WILLIAMS:                                11:28
20       Q.   And then on the line below your name   11:28
21   it says James Zimmerman and indicates that he   11:28
22   had 1 million Class B units issued, correct?    11:28
23       A.   Correct.                               11:28
24           MR. MARSHALL:  Sorry.  Objection.       11:28
25       The document speaks for itself.  I was      11:28
```

Rough Transcript

Page 81

```
 1            A. McALLISTER - ROUGH            81
 2     in the middle of a yawn.                      11:28
 3         MR. WILLIAMS:  I object to the            11:28
 4     yawn.                                         11:28
 5  BY MR. WILLIAMS:                                 11:28
 6     Q.  And then below James Zimmerman's          11:28
 7  name, it lists Marv Pinzon and indicates he has  11:28
 8  1 million Class C units issued, correct?         11:28
 9         MR. MARSHALL:  Same objection.  The       11:28
10     document speaks for itself.                   11:29
11         THE WITNESS:  Yes.                        11:29
12  BY MR. WILLIAMS:                                 11:29
13     Q.  Do you know why Dr. Zimmerman and         11:29
14  Dr. Pinzon were listed as having 1 million       11:29
15  units of Class B and C units respectively?       11:29
16         MR. MARSHALL:  Same objection.            11:29
17         THE WITNESS:  No, I don't.                11:29
18  BY MR. WILLIAMS:                                 11:29
19     Q.  Do you know whether this purported        11:29
20  issuance of units was discussed with Drs.        11:29
21  Zimmerman and Pinzon as of January 2nd, 2004?    11:29
22         MR. MARSHALL:  Objection, misstates       11:29
23     the evidence.  Mischaracterizes prior         11:29
24     testimony.                                    11:29
25         THE WITNESS:  Please restated that.       11:29
```

Rough Transcript

Page 82

```
 1            A. McALLISTER - ROUGH            82
 2         MR. WILLIAMS:  Could you please       11:29
 3   read that back.                             11:29
 4         (Record read as follows:.             11:29
 5         MR. MARSHALL:  Same objection.        11:29
 6         THE WITNESS:  I do not know.          11:29
 7         MR. WILLIAMS:  Let's mark this as     11:30
 8   McAllister Exhibit 6.                       11:30
 9         (Deposition Exhibit Number NUMBER     11:30
10   was marked for identification) 6?           11:30
11         THE WITNESS:  (Perusing document).    11:30
12   BY MR. WILLIAMS:                            11:31
13      Q.  Do you recognize this document?      11:31
14      A.  No, sir, I don't.                    11:31
15      Q.  Have you ever seen UST staff meeting 11:31
16   minutes before?                             11:31
17      A.  I believe I have.                    11:31
18      Q.  Does this appear to be the type of   11:31
19   staff meeting minutes you've seen previously on 11:31
20   behalf of UST?                              11:31
21         MR. MARSHALL:  Objection, vague.      11:31
22         THE WITNESS:  I do not recall.        11:31
23   BY MR. WILLIAMS:                            11:31
24      Q.  If you look at this document, it     11:31
25   indicates that there was a UST staff meeting on 11:31
```