**EXHIBIT E**

## Paul G. Williams

**From:**       Kelly Johnson
**Sent:**       Friday, December 23, 2011 11:32 AM
**To:**         'Marshall, Edward A.'; Perlowski, Henry M.; Kananen, Theresa Y.
**Cc:**         David Spalten; Paul G. Williams; Susan Revell
**Subject:**    QMR v. Zimmerman:  UST document request follow-up

Dear Ed,

     I am writing to address the issue of UST's incomplete production of financial records.  We have reviewed UST's document production, including the twenty-six boxes of documents that were at your office, and compiled the following list of documents that UST has yet to produce.  We must have these documents to prepare the case. This list is not all-inclusive, and we reserve the right to supplement it.

- Financial statements, balance sheets and income statements, for the years ended December 31, 2006 and December 31, 2007.
- Detail general ledger for the years ended December 31, 2002 through 2007.
- For the revenue account, "Professional Fees-QMR", a copy of all invoices posted to this account for the years ended December 31, 2002 through 2007, showing detail of amounts billed.
- For the expense account, "Purchased Svc-MD", a copy of all invoices posted to this account including amount paid, rate at which paid and to whom paid.
- For expense account, "Guaranteed Payments", the detail of the amount paid and to whom paid.

     Please produce these documents by Wednesday, December 28, 2011, or Plaintiffs will be forced to file a motion to compel production and for sanctions.  Please let us know if you have any questions or would like to discuss these matters further.  As always, we hope that the parties will be able to amicably resolve their differences through the meet and confer process.

Regards,
Kelly


Kelly S. Johnson
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, N.E., Suite 1150
Atlanta, Georgia 30309
Tel. (404) 260-6112
Fax (404) 393-8943
kJohnson@kasowitz.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), undersigned counsel hereby certifies that the foregoing PLAINTIFFS' AND COUNTERCLAIM-DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO EXTEND THE DISCOVERY PERIOD has been prepared in accordance with Local Rule 5.1, using Times New Roman, 14 point.

/s/ David E. Spalten
David E. Spalten
Georgia Bar No. 669010

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing PLAINTIFFS' AND COUNTERCLAIM-DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO EXTEND THE DISCOVERY PERIOD with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of this filing to the following attorneys of record:

| | |
|---|---|
| Henry M. Perlowski<br>Edward A. Marshall<br>ARNALL GOLDEN GREGORY LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, Georgia 30363<br><br>*Attorneys for Robert R. Roche, Ashford S. McAllister, Frank A. Ferraro, E. Scott Pretorius, Quantum Medical Radiology, P.C., U.S. Teleradiology, L.L.C., U.S. Mammo, L.L.C., and Nighthawk Physician Investors, LLC* | Arthur D. Brannan<br>Scott Lange<br>DLA PIPER LLP (US)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 2800<br>Atlanta, Georgia  30309-3450<br><br>*Attorneys for Defendant Neurostar Solutions, Inc.* |

This 27th day of December, 2011.

/s/ David E. Spalten
David E. Spalten
Georgia Bar No. 669010