IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES ZIMMERMAN, *et al.*, | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:09-CV-0605-AT |
| | : |
| ROBERT R. ROCHE, *et al.*, | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Plaintiffs' and Counterclaim-Defendants' Emergency Motion for an Expedited Hearing on Plaintiffs' and Counterclaim-Defendants' Motion to Extend the Discovery Period [Doc. 110]. The discovery period is set to expire on January 5, 2012. The Court is unable to conduct a hearing on this matter prior to the expiration of the discovery period. Accordingly, the Court **GRANTS** an extension of discovery through January 19, 2012, pending a hearing on Plaintiffs' and Counterclaim-Defendants' Motion to Extend the Discovery Period.

It is so **ORDERED** this 27th day of December, 2011.

_____
Steve C. Jones
United States District Judge
for Amy Totenberg
United States District Judge